In the Matter of the Estate of KEITH B. ANGELL, Deceased. BILLIE B. A. COLEMAN et al., Appellants-Respondents. NATIONAL BANK AND TRUST COMPANY OF NORWICH, Respondent-Appellant.

Argued May 23, 1945; decided July 19, 1945.

*Benjamin E. Shove* and *Lewis C. Ryan* for Billie B. A. Coleman and another, appellants-respondents.

*Donald M. Mawhinney* and *Gerald H. Henley* for National Bank & Trust Company, respondent-appellant.

*Janet W. Hill,* special guardian for Jerry B. Angell, an infant.

*Peter Keber* and *Daniel Huttenbrauck* for New York State Bankers Association, *amicus curiæ,* in support of respondent-appellant's position.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J.; LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.